UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-25245-DLG

JOSEPH SIMONE, a Florida citizen and
resident,

       Plaintiff,

vs.

NCL (BAHAMAS) LTD., a
Bermuda corporation d/b/a
NORWEGIAN CRUISE LINES,

       Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND RESPONSE TO MOTION TO DISMISS

The Plaintiff by and through undersigned counsel, hereby files his motion for extension of time to respond to the Defendant's Motion to Dismiss and states as follows:

1. On March 16, 2020, the Defendant filed a Motion to Dismiss the Plaintiff's Amended Complaint in this matter. [D.E. 10].

2. The response is due on April 10, 2020.

3. In the Defendant's Motion to Dismiss, Defendant argues that the Plaintiff does not provide sufficient detail in support of its allegation that the Defendant had actual or constructive notice of the dangerous condition.

4. The Plaintiff believes the Amended Complaint is sufficient in this regard under Fed.R.Civ.P. 8(a)(2) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (U.S. 2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

SIMONE v. NCL, ETC. ET. AL.
CASE NO.  19-25245-CIV-GRAHAM/MCALILEY

5. Nonetheless, in the interest of promoting judicial economy, the Plaintiff agrees to amend the complaint to provide additional factual support of notice.

6. As the pleading at issue is the Plaintiff's Amended Complaint, pursuant to Fed.R.Civ.P. 15(a)(2), further amendment requires the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

7. Defense counsel does not oppose the instant motion.

8. The proposed Second Amended Complaint is attached to this Motion.

WHEREFORE, the Plaintiff respectfully requests entry of an Order granting the instant motion, deeming the proposed Second Amended Complaint filed, and denying the Defendant's Motion to Dismiss as moot.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

I hereby certify that I have conferred with opposing counsel and they do not oppose the requested relief.

**(THIS SECTION INTENTIONALLY LEFT BLANK)**

SIMONE v. NCL, ETC. ET. AL.
CASE NO.  19-25245-CIV-GRAHAM/MCALILEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2020, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or prose parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF on I n some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

Respectfully submitted,

By:   *s/*__PHILLIP M. GERSON__
PHILIP M. GERSON
Florida Bar No. 127290
pgerson@gslawusa.com
EDWARD S. SCHWARTZ
Florida Bar No. 346721
eschwartz@gslawusa.com
NICHOLAS I. GERSON
Florida Bar No. 0020899
ngerson@gslawusa.com
DAVID MARKEL
Florida Bar No. 78306
dmarkel@gslawusa.com
GERSON & SCHWARTZ, P.A.
*Attorneys for Plaintiff*
1980 Coral Way
Miami, FL 33145-2624
Telephone:    (305) 371-6000
Facsimile:     (305) 371-5749

SIMONE v. NCL, ETC. ET. AL.
CASE NO.  19-25245-CIV-GRAHAM/MCALILEY

# SERVICE LIST

**Plaintiff, JOSEPH SIMONE**
**v. Defendant NCL BAHAMAS d/b/a NORWEIGAIN CRUISE LINES**
**United States District Court, Southern District of Florida**
**CASE NO. 19-CV-25245-DLG**

| | |
|---|---|
| **Philip M. Gerson, Esq.**<br>Florida Bar No.: 127290<br>pgerson@gslawusa.com<br>**Nicholas I. Gerson, Esq.**<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>**Edward S. Schwartz , Esq.**<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>**David L. Markel, Esq.**<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>GERSON & SCHWARTZ, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone:    (305) 371-6000<br>Facsimile:    (305) 371-5749<br>*Attorneys for Plaintiff* | **Rachael M. Fagenson, Esq.**<br>Norwegian Cruise Line<br>7665 Corporate Center Drive<br>Miami, FL 33126<br>Tel. (305) 436-4377<br>Fax. (305) 468-2132<br>Email:  rfagenson@ncl.com<br>            mfonticiella@ncl.com |